

$7.15
US POSTAGE
PRIORITY
0625000543794798104



Clerk of Court
United States District Court
U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

K. Maydak
93 S. Jackson Street #7480
Seattle, WA 98104

