## UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## WESTERN DISTRICT OF PENNSYLVANIA
## 3100 U.S. COURTHOUSE
## 700 GRANT STREET
## PITTSBURGH, PA 15219
### WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: April 22, 2015

Westmoreland County Court
 of Common Pleas
2 North Main Street
Greensburg PA 15601

IN RE: City of Greensburg v. Keith Maydak

CIVIL ACTION NO. 2:15-cv-480

STATE COURT NO. #1246 of 2015

Dear Sir or Madam:

I am enclosing herewith a certified copy of the order entered by the Honorable Terrence F. McVerry in the above entitled case on April 22, 2015, which remands the matter to your court.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By:    s/J. Perch
      J. Perch
   Deputy Clerk

Enclosure