IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF GREENSBURG,**<br>Plaintiff,<br><br>v<br><br>**KEITH MAYDAK,**<br>Defendant. | )<br>)<br>)<br>) 2:15-cv-480<br>)<br>)<br>) |

## MEMORANDUM ORDER

Now pending is a MOTION TO STAY (ECF No. 12) filed by pro se Defendant Keith Maydak ("Maydak"). Plaintiff City of Greensburg has not filed a response, nor is one needed.

The motion to stay must be denied for at least three independent and complementary reasons. First, as the Court explained in its Memorandum Order of April 22, 2015, Maydak's initial removal of this case from the state court was improper. This Court lacks subject-matter jurisdiction because the amount in controversy does not exceed $75,000. Second, this case has already been remanded to the Court of Common Pleas of Westmoreland County, Pennsylvania. Third, Maydak has filed a Notice of Appeal to the Third Circuit (ECF No. 11), which deprives this Court of jurisdiction.

AND NOW this 24th day of April, 2015, it is hereby ORDERED, ADJUDGED AND DECREED that the MOTION TO STAY (ECF No. 12) is **DENIED**.

BY THE COURT:

s/Terrence F. McVerry
Senior United States District Judge

cc:   **Bernard T. McArdle, Esquire**
Email: bmcardle@greensburglaw.com

**KEITH MAYDAK**
c/o 93 South Jackson 7480
Seattle, WA 98104
   **Via US Mail**